

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 31, 2012

**BY FAX**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Julius Barnes et al.</u>
              12 Cr. 671 (RWS)

Dear Judge Sweet:

      The defendants in the above-captioned matter were indicted on August 29, 2012. Upon Your Honor's referral, the defendants will be arraigned in Magistrate Court. The Government respectfully requests the scheduling of a pre-trial conference on Thursday, September 20, 2011 at 4:30 p.m. The undersigned has conferred with Your Honor's Chambers, and was informed that that time is convenient for the Court.

      The Government respectfully requests that the time between August 29, 2012, and the date of the pre-trial conference be excluded pursuant to the provisions of the Speedy Trial Act. Counsel for all defendants consent to this exclusion of time.

So ordered.

Sincerely,

PREET BHARARA
United States Attorney

By: _____
Ian McGinley
Assistant United States Attorney
Southern District of New York
(212) 637-2257

cc:    Jerrod Thompson-Hicks, Esq. (by email)
        Andrew Ceresney, Esq. (by email)
        Adam Perlmutter, Esq. (by email)
        John Rodriguez, Esq. (by email)