

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2012

**BY FAX**
The Honorable Robert W. Sweet
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



Re:   United States v. Julius Barnes et al., 12 Cr. 671 (RWS)

Dear Judge Sweet:

     With the consent of defense counsel, the Government respectfully requests that the upcoming status conference in the above-referenced matter with respect to defendants Julius Barnes, Kaison Gillespie, and Brian Stubbs, which is currently scheduled for November 20, 2012, at 4:30 p.m., be adjourned until December 18, 2012, or as soon thereafter as is convenient for the Court. The adjournment is necessary to allow for the completion of forensic testing and to permit the parties to discuss a potential disposition. With the consent of defense counsel, the Government also moves for an exclusion of time under the Speedy Trial Act until the next status conference to allow the parties additional time to discuss a potential pre-trial disposition.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
P. Ian McGinley
Assistant United States Attorney
(212) 637-2257

*[handwritten notes:]* Adjourned to January 15, 2013 and time excluded until then. So Ordered. 11-19-12

cc:   Jerrod Thompson-Hicks, Esq. (by electronic mail)
     Adam D. Perlmutter, Esq. (by electronic mail)
     John M. Rodriguez, Esq. (by electronic mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/12

TOTAL P.001