UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

| | | |
|---|---|---|
| **United States of America,** | : | **NOTICE OF APPEARANCE AND REQUEST FOR** |
| | : | <u>**ELECTRONIC NOTIFICATION**</u> |
| - v - | | |
| | : | 12 Cr. 671 |
| **Julius Barnes** | | |
| | : | |

----------------------------------x

To:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                                    Respectfully Submitted,


                                    **/s/Philip L. Weinstein**
                                    Assistant Federal Defender
                                    Federal Defenders Of New York
                                    52 Duane Street
                                    New York, N.Y. 10007
                                    (212) 417-8744
                                    Philip_Weinstein@fd.org


TO:  Attorneys of Record